No. 95-5558. BRUNO *v.* MELE, SHERIFF, HARFORD COUNTY, MARYLAND, ET AL. C. A. 4th Cir. Certiorari denied.

No. 95-5559. CONEY *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 95-5561. WILLIAMS *v.* GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 95-5562. JOHN R. *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 95-5563. JERNIGAN *v.* TEXAS DEPARTMENT OF CRIMINAL JUSTICE ET AL. C. A. 5th Cir. Certiorari denied.

No. 95-5567. PEREZ *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 95-5573. DENNISON *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 95-5577. RIVERA *v.* LONG ISLAND RAILROAD. C. A. 2d Cir. Certiorari denied.

No. 95-5585. CRAWFORD *v.* GARNER, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 95-5590. KITSOS *v.* REVIEW BOARD OF THE ILLINOIS ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION. Sup. Ct. Ill. Certiorari denied.

No. 95-5591. WESLEY *v.* YOUNG ET AL. C. A. 8th Cir. Certiorari denied.

No. 95-5592. TILLMAN *v.* BORG, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95-5594. MORALES *v.* BARTLETT, SUPERINTENDENT, ELMIRA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 95-5595. ADAMS *v.* COOMBE, COMMISSIONER, NEW YORK STATE DEPARTMENT OF CORRECTION. C. A. 2d Cir. Certiorari denied.